1  JOHN L. BURRIS, ESQ.   CSB#69888
2  DEWITT M. LACY, ESQ.  CSB#258789
   **LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, CA  94621-1939
   Telephone: (510) 839-5200
5  Facsimile:  (510) 839-3882
   E/M:   john.burris@johnburrislaw.com
6          dewitt.lacy@johnburrislaw.com

7  Attorneys for Plaintiff
8  LORENZO ADAMSON

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        (SAN FRANCISCO-OAKLAND)

13

14  LORENZO ADAMSON,                         CASE NO.  C 13-05233 DMR

15         Plaintiff,                        STIPULATION AND REQUEST TO
16                                           STAY PENDING LITIGATION AND
                                             ORDER ON STIPULATION
17      vs

18
19  CITY OF SAN FRANCISCO, ET AL,            Complaint Filed: 11/12/2013

20         Defendants.
    ---------------------------------------------------/
21
22                              **STIPULATION**

23

24      Pursuant to Local Rules 7-12 and 16-2(d) of the U.S. District Court for the Northern

25  District of California, plaintiff Lorenzo Adamson and defendants City of San Francisco, et al,

26  by and through their attorneys of record request the court to stay the pending litigation until the

27  criminal case against Lorenzo Adams is resolved and, further stipulate to an order staying this
28

   **STIPULATION TO STAY PENDING LITIGATION**

litigation in advance of the case management conference scheduled for June 18, 2014.  The request is based on the pendency of criminal charges against plaintiff Lorenzo Adams arising from the underlying action.  The parties agree that continuing this civil matter during the pendency of the criminal case would jeopardize the criminal matter and the rights of Plaintiff Lorenzo Adams, and would further impede the conduct of discovery and preparation of this civil case for trial.  The parties will promptly inform the Court upon resolution of the criminal case against Lorenzo Adams.

    Counsel have met and conferred and are available to attend a status conference should the court require a hearing or additional briefing prior to ruling on this joint request to stay the pending litigation.

Dated: June 16, 2014　　　　　　　　　　　LAW OFFICES OF JOHN L. BURRIS

                                               By:  /S/John L. Burris_____
                                                  JOHN L. BURRIS
                                                  Attorneys for LORENZO ADAMSON

Dated: June 16, 2014　　　　　　　　　　　DENNIS J. HERRERA
                                                  City Attorney
                                                  CHERYL ADAMS
                                                  Chief Trial Deputy
                                                  WARREN METLITZKY
                                                  Deputy City Attorney

                                             By:  /S/Warren Metlitzky_____
                                                  WARREN METLITZKY
                                                  Attorneys for CITY OF SAN FRANCISCO,
                                                  GREG SUHR, in his official capacity,
                                                  CHRISTOPHER O'BRIEN, DANIEL DUDLEY
                                                  and BRIAN STANSBURY, individually and in
                                                  their official capacities as police officers for the
                                                  CITY OF SAN FRANCISCO

**STIPULATION TO STAY PENDING LITIGATION**

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

Dated: June 19, 2014

_____
UNITED STATES MAGISTRATE JUDGE

The case is stayed until the resolution of the criminal case against Plaintiff.  The case management conference scheduled for June 25, 2014 is vacated. The parties shall file a status update within one week of the resolution of Plaintiff's criminal case.

**STIPULATION TO STAY PENDING LITIGATION**