UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  13-cv-05233-DMR   (JSC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

In light of the parties' stipulation to stay this action pending resolution of Plaintiff's criminal matter (Dkt. No. 24), the settlement conference scheduled for July 8, 2014 is VACATED. The parties are directed to advise the Court in writing upon the lifting of the stay.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge