United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO ADAMSON,

        Plaintiff(s),

  v.

CITY OF SAN FRANCISCO, ET AL,

        Defendant(s).
_____/

No. C-13-05233 DMR

**ORDER ADMINISTRATIVELY CLOSING CASE**

The court orders the administrative closure of this case. The parties shall reopen the case by filing a joint status report within seven days of the resolution of the criminal proceedings against Plaintiff.

IT IS SO ORDERED.

Dated: August 21, 2014

_____
DONNA M. RYU
United States Magistrate Judge