UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>          Plaintiff(s),<br><br>     v.<br><br>CITY OF SAN FRANCISCO, ET AL,<br><br>          Defendant(s).<br>_____/ | No. C-13-05233 DMR<br><br>**ORDER REOPENING CASE; SETTING CASE MANAGEMENT CONFERENCE** |

On August 21, 2014, this court ordered the administrative closure of the case because the case has been stayed pending the resolution of criminal proceedings against Plaintiff. [Docket No. 27.] The court stated, "The parties shall reopen the case by filing a joint status report within seven days of the resolution of criminal proceedings against Plaintiff." *Id.* The parties have filed a joint status report stating that the criminal proceedings have been resolved, and requesting the court reopen the case. [Docket No. 29.] The case is therefore **reopened.**

A Case Management Conference is set for **October 1, 2014 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The Case Management Statement is due no later than **September 24, 2014.**

IT IS SO ORDERED.

Dated: September 11, 2014

DONNA M. RYU
United States Magistrate Judge