UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON, | No. C-13-05233 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

On October 29, 2014, the court ordered Plaintiff to file an amended complaint naming the Doe Defendants by no later than November 12, 2014. *See* Docket No. 36. To date, no amended complaint has been filed. **By December 5, 2014**, Plaintiff shall respond to this order to show cause for why the court should not dismiss the Doe Defendants.

IT IS SO ORDERED.

Dated: December 2, 2014

DONNA M. RYU
United States Magistrate Judge