UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON, | No. C-13-05233 DMR |
| Plaintiff(s), | **ORDER DISMISSING DOE DEFENDANTS** |
| v. | |
| CITY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

On October 29, 2014, the court held a case management conference and ordered that the deadline for Plaintiff to amend the pleadings to name the Doe Defendants was November 12, 2014. [Docket No. 36.] Plaintiff failed to amend the pleadings by that deadline. On December 2, 2014, the court issued an order to show cause stating that "[t]o date, no amended complaint has been filed. **By December 5, 2014**, Plaintiff shall respond to this order to show cause for why the court should not dismiss the Doe Defendants." [Docket No. 38.]

To date, Plaintiff has neither filed an amended complaint nor responded to the court's order show cause. Accordingly, the Doe Defendants are **dismissed.**

IT IS SO ORDERED.

Dated: December 17, 2014

_____
DONNA M. RYU
United States Magistrate Judge