DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GREG SUHR in his official capacity,
CHRISTOPHER O'BRIEN, DANIEL DUDLEY
AND BRIAN STANSBURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; GREG SUHR, individually and in his official capacity as Chief of Police for the CITY OF SAN FRANCISCO; CHRISTOPHER O'BRIEN, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO; DANIEL DUDLEY, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO; BRIAN STANSBURY, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO and DOES 1-50, inclusive; in their individual and/or official capacities as police officers for the CITY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. 13-cv-5233 DMR<br><br>**ORDER EXCUSING INDIVIDUAL DEFENDANTS FROM SETTLEMENT CONFERENCE**<br><br>Trial Date:            November 9, 2015 |

1

Adamson v. CCSF; No. 13-cv-5233 DMR

Defendants moved to excuse individual Defendants Sgt. Brian Stansbury and Officers Daniel Dudley and Chris O'Brien from attending the settlement conference scheduled for March 17, 2015, at 9:30 a.m.

Defendants submitted a declaration which states that Defendants attempted four times to meet and conferred with Plaintiff's counsel DeWitt Lacey on the issue of who should attend the settlement conference. Plaintiff has not taken a position on the matter.

Having read and considered Defendants' motion, and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to excuse individual Defendants from attending the settlement conference is GRANTED; however, the Court may require an individual defendant to attend a subsequent settlement conference it the Court believes it would be productive . The following Defendants are excused from attending the settlement conference: Sgt. Stansbury and Officer Dudley and O'Brien.

    IT IS SO ORDERED.

Dated: March 4, 2015

                                    HONORABLE JACQUELINE CORLEY
                                    UNITED STATES MAGISTRATE JUDGE