UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.  13-cv-05233-DMR<br><br>**ORDER FOR PARTIES TO MEET AND CONFER AND CONSTRUING DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT DEADLINES AS ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 54 |

The court is in receipt of the letter submitted by Defendants. [Docket No. 54.] Plaintiff is ordered to meet and confer with Defendants regarding the rescheduling of Plaintiffs' continued deposition. If they are unable to resolve the matter without judicial intervention, the parties shall file a joint discovery letter by **July 17, 2015**.

Defendants also request a continuation of certain case management deadlines, including the last day to hear dispositive motions. The court construes this request as an administrative motion pursuant to Civil Local Rule 7-11. Any opposition by Plaintiff to this administrative motion must conform to the requirements of Civil Local Rule 7-11(b).

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
Donna M. Ryu
United States Magistrate Judge