UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LORENZO ADAMSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 13-cv-05233-DMR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR HEARING DISPOSITIVE MOTIONS**<br><br>Re: Dkt. No. 54 |
|---|---|

Defendants have filed an administrative motion to extend a case management deadline. [Docket No. 54.] The motion is unopposed. The court **grants** the motion. The last day for hearing dispositive motions is continued from August 13, 2015 to **September 10, 2015.** Plaintiff's further deposition must take place prior to July 30, 2015.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
Donna M. Ryu
United States Magistrate Judge