United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  LORENZO ADAMSON,
       Plaintiff,
8
9      v.
10 CITY OF SAN FRANCISCO, et al.,
       Defendants.
11

Case No. 13-cv-05233-DMR

**ORDER ON JOINT DISCOVERY LETTER**

Re: Dkt. No. 98

12 The court has received the parties' October 14, 2015 joint discovery letter in which
13 Defendants move to strike the rebuttal expert witness report of Plaintiff's expert, Roger Clark.
14 [Docket No. 98.] Defendants' motion to strike is denied. The expert discovery deadline is
15 extended to October 29, 2015 so that Defendants may depose Clark. Plaintiff must produce Clark
16 for deposition at Defendants' convenience on or before October 29, 2015, and Plaintiff shall pay
17 for the costs of the deposition (court reporter, transcript, and videographer fees, if necessary).
18 Following Clark's deposition, Defendants may file a motion in limine based on any issues raised
19 for the first time in Clark's rebuttal report. Any such motion in limine must be filed by no later
20 than November 4, 2015, with any response due by November 6, 2015.

21
22 **IT IS SO ORDERED.**
23 Dated: October 19, 2015



Donna M. Ryu
United States Magistrate Judge