UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.   13-cv-05233-DMR<br><br>**ORDER TO SUBMIT AMENDED EXHIBIT LIST**<br><br>Re: Dkt. No. 92 |

The court has reviewed Plaintiff Lorenzo Adamson's exhibit list. [Docket No. 92.] Plaintiff's list does not comply with the court's December 2, 2014 Amended Case Management and Pretrial Order for Jury Trial (Docket No. 39), in that it does not include "a brief statement describing the substance and purpose of each exhibit." By no later than October 22, 2015, Plaintiff shall submit an amended exhibit list that complies with the court's order so that Defendants may meaningfully evaluate the exhibits and make any objections thereto. Defendants may file any objections to the amended exhibit list by 9:00 a.m. on October 27, 2015.

**IT IS SO ORDERED.**

Dated: October 20, 2015



Donna M. Ryu
United States Magistrate Judge