# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05233-DMR<br><br>**ORDER RE SUBPOENA TO SFFD-EMS** |

On October 20, 2015, the court received a copy of a subpoena to the custodian of records for SFFD-EMS, issued by Defendant City and County of San Francisco, and what appear to be documents in response to the subpoena. The parties shall meet and confer about the documents and notify the court by October 23, 2015 about the proper disposition of the documents.

**IT IS SO ORDERED.**

Dated: October 21, 2015



Donna M. Ryu
United States Magistrate Judge