UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05233-DMR<br><br>**ORDER RE SUPPLEMENTAL SUBMISSION REGARDING MRS. ADAMSON** |

　　Plaintiff does not dispute that Mrs. Adamson was not included on his initial disclosures. At the pretrial conference, Plaintiff represented that he did not need to disclose Mrs. Adamson through a supplemental disclosure because Defendants were made aware through Plaintiff's deposition testimony that Mrs. Adamson had discoverable information regarding the assistance she provided to Plaintiff at home after the subject incident.

　　By November 3, 2015, Plaintiff shall file the deposition excerpt(s) that he contends adequately disclosed Mrs. Adamson to Defendants, the date of the discovery, and the date that Plaintiff became aware that Mrs. Adamson had information relevant to his claims. Plaintiff should also explain why Mrs. Adamson was not included in his initial disclosure.

　　**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
Donna M. Ryu
United States Magistrate Judge