UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>       Defendants. | Case No.  13-cv-05233-DMR<br><br>**ORDER CORRECTING DEADLINE<br>FOR SUPPLEMENTAL SUBMISSIONS**<br><br>Re: Dkt. No. 134 |

The minute order [Docket No. 134] incorrectly stated that Plaintiff's brief regarding his claim for lost wages under the Ralph Act is due on November 4, 2015.  As stated at the hearing, Plaintiff must submit his brief **by November 2, 2015.**

The minute order is amended to read as follows:

**Defendants' Motions in Limine 5 and 6**

Plaintiff represented that he seeks lost wages only in connection with his Ralph Act claim. **By November 2, 2015**, Plaintiff must submit a brief, with legal argument and a detailed evidentiary proffer, which sets forth his theory of causation and entitlement to lost wages from April – October 2014. By November 2, 2015, Plaintiff shall also submit a legal brief with a detailed evidentiary proffer to support causation and entitlement to emotional distress damages related to the criminal prosecution under his § 1983, Bane Act, and Ralph Act claims.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____

Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California