UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO ADAMSON,

    Plaintiff,

v.

CHRISTOPHER O'BRIEN; DANIEL

DUDLEY; and BRIAN STANSBURY

    Defendants.

Case No. 13-cv-05233-DMR

**[PROPOSED] VERDICT FORM**

1. Has Lorenzo Adamson proven that any of the following defendants used excessive force against him on May 30, 2013?

    Daniel Dudley:    Yes _____ No _____

    Christopher O'Brien:  Yes _____ No _____

    Brian Stansbury:    Yes _____ No _____

If you answered "no" as to all three defendants, stop, sign and date the form and return to the bailiff. If you answered "yes" as to any defendant, proceed to the next questions.

2. Has Lorenzo Adamson proven that any of the following defendants committed a violent act against him because of his race?

    Daniel Dudley:    Yes _____ No _____

    Christopher O'Brien:  Yes _____ No _____

    Brian Stansbury:    Yes _____ No _____

**[Bane Act Instruction-NEEDED?]**

3. Has Lorenzo Adamson proven that any of the following defendants deliberately, or spitefully interfered or attempted to interfere by threats, intimidation, or coercion with his exercise or enjoyment of his constitutional right to be free from excessive force and that the interference or attempted interference caused him to suffer injury, damage, loss or harm?

      Daniel Dudley:      Yes _____ No _____

      Christopher O'Brien:  Yes _____ No _____

      Brian Stansbury:    Yes _____ No _____

4. State the amount of damages proven by Lorenzo Adamson.

      Amount of damages: _____

If Lorenzo Adamson proved no actual damages but you nonetheless have found a constitutional violation, you must award nominal damages up to one dollar.

5. Has Lorenzo Adamson proven that any of the following defendants' conduct was malicious, oppressive, or committed in reckless disregard of his rights?

      Daniel Dudley:      Yes _____ No _____

      Christopher O'Brien:  Yes _____ No _____

      Brian Stansbury:    Yes _____ No _____

6. Do you award Lorenzo Adamson punitive damages?

      Yes _____ No _____

Dated: _____                           _____
                                                                        Foreperson