UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER O'BRIEN; DANIEL<br><br>DUDLEY; and BRIAN STANSBURY<br><br>　　　　Defendants. | Case No.  13-cv-05233-DMR<br><br>**AMENDED [PROPOSED] VERDICT FORM** |

1. Has Lorenzo Adamson proven that any of the following defendants used excessive force against him on May 30, 2013?

　　　　Daniel Dudley:　　　　Yes _____ No _____

　　　　Christopher O'Brien:　Yes _____ No _____

　　　　Brian Stansbury:　　　Yes _____ No _____

If you answered "no" as to all three defendants, stop, sign and date the form and return to the bailiff. If you answered "yes" as to any defendant, proceed to the next questions.

2. State the amount of damages proven by Lorenzo Adamson.

　　　　Daniel Dudley:　　　　Amount of damages: _____

　　　　Christopher O'Brien:　Amount of damages: _____

　　　　Brian Stansbury:　　　Amount of damages: _____

If Lorenzo Adamson proved no actual damages but you nonetheless have found a constitutional violation, you must award nominal damages up to one dollar.

3. Has Lorenzo Adamson proven that any of the following defendants' conduct was malicious, oppressive, or committed in reckless disregard of his rights?

    Daniel Dudley:        Yes _____ No _____

    Christopher O'Brien:  Yes _____ No _____

    Brian Stansbury:     Yes _____ No _____

4. Do you award Lorenzo Adamson punitive damages against any of the defendants?

    Daniel Dudley:        Yes _____ No _____

    Christopher O'Brien:  Yes _____ No _____

    Brian Stansbury:     Yes _____ No _____

Dated: _____                          _____
                                                                                                  Foreperson