| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| 4 | MARK D. LIPTON, State Bar #152864<br>Deputy City Attorneys |
| 5 | Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, California 94102-5408 |
| 6 | Telephone:     (415) 554-4218<br>Facsimile:      (415) 554-3837 |
| 7 | E-Mail:         mark.lipton@sfgov.org |
| 8 | Attorneys for Defendant<br>CHRISTOPHER O'BRIEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ADAMSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; GREG SUHR, individually and in his official capacity as Chief of Police for the CITY OF SAN FRANCISCO; CHRISTOPHER O'BRIEN, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO; DANIEL DUDLEY, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO; BRIAN STANSBURY, individually and in his official capacity as a Police Officer for the CITY OF SAN FRANCISCO and DOES 1-50, inclusive; in their individual and/or official capacities as police officers for the CITY OF SAN FRANCISCO,<br><br>        Defendants. | Case No. 13-cv-5233 DMR<br><br>**[PROPOSED] ORDER EXCUSING DEFENDANT CHRISTOPHER O'BRIEN FROM SETTLEMENT CONFERENCE**<br><br>Trial Date:           August 8, 2016 |

1    Having read and considered the March 3, 2016 letter lodged by Defendant O'Brien's counsel
2 requesting that Officer O'Brien be excused from attending the March 11, 2015 settlement conference,
3 Plaintiff's agreement with the request to excuse Officer O'Brien, and good cause appearing,
4    IT IS HEREBY ORDERED that Defendant Christopher O'Brien is excused from attending the
5 March 11, 201~~5~~ 6 settlement conference. IT IS SO ORDERED.

Dated:  March 4, 2016

_____
HONORABLE JACQUELINE CORLEY
UNITED STATES MAGISTRATE JUDGE

~~[Proposed]~~ Order Excusing Def. from Settl Conf         2         c:\users\meansa~1.can\appdata\local\temp\notes1a03dd\01086556.
Adamson v. CCSF; No. 13-cv-5233 DMR                                                                                  doc